**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**( Jacksonville)**

| | |
|---|---|
| **Arthur Brown,** individually and on behalf of all others similarly situated<br>**Plaintiff,**<br><br>**v.**<br><br>**Tesla, Inc.**<br>**Defendant** | **Civil Action No. 3:25-cv-01462-WWB-LLL**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Arthur Brown, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: October 8, 2026

Respectfully submitted,

*/s/ Paul J. Doolittle*

Paul J. Doolittle
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, South Carolina 29403
Telephone: (803) 222-2222
Paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

***Attorneys for Ortiz & Associates Consulting, LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that October 8, 2026, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ Paul J. Doolittle*
Paul J. Doolittle